**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRYSTAL SEENEY, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
|     v. | : | NO. 13-1081 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPARTMENT OF | : | |
| CORRECTIONS, SCI-GRATERFORD, | : | |
|  et al., | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this __10th __ day of ___July___, 2014, it is **ORDERED** that Defendants'

Motion for Summary Judgment (ECF No. 30) is **GRANTED in part** and **DENIED in part** as

follows:

- Defendants' motion is **GRANTED** as to Plaintiff's FMLA interference claim against the

  Commonwealth of Pennsylvania, Department of Corrections, SCI-Graterford;

- Defendants' motion is **DENIED** as to Plaintiff's FMLA interference claim against

  Defendants Michael Wenerowicz, Diana Salkovitz, and Barbara Kalinowsky; and

- Defendants' motion is **DENIED** as to Plaintiff's ADA and RA claims.

                          s/Anita B. Brody

                          _____

                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: